FRANK T. JONES, Respondent, *v.* FRANK O. ANDERSON, Appellant.

*Jones* v. *Anderson*, 125 App. Div. 903, affirmed.
(Argued April 6, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 22, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the negligence of the master.

*Clinton B. Gibbs* and *Hubert C. Minard* for appellant.

*James L. Weeks* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J.; GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.